GIBSON, DUNN & CRUTCHER LLP
Robert E. Cooper, SBN 35888
rcooper@gibsondunn.com
333 S. Grand Ave
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

George A. Nicoud III, SBN 106111
tnicoud@gibsondunn.com
Austin V. Schwing, SBN 211696
aschwing@gibsondunn.com
Lindsey E. Blenkhorn, SBN 227484
lblenkhorn@gibsondunn.com
555 Mission Street
San Francisco, California 94105
Telephone: (415) 393-8210
Facsimile: (415) 374-8458

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR COMPANY, LTD., a South Korean corporation; SEOUL SEMICONDUCTOR, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NICHIA CORPORATION, a Japanese corporation; and NICHIA AMERICA CORPORATION, a Pennsylvania corporation,<br><br>Defendants. | CASE NO. 3:08-CV-04932-PJH<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO ACCEPT SERVICE OF COMPLAINT ON BEHALF OF NICHIA CORPORATION AND ORDER |

///

///

///

///

///

///

Gibson, Dunn & Crutcher LLP

Plaintiffs Seoul Semiconductor Company, LTD. and Seoul Semiconductor, Inc. (collectively, "Plaintiffs") and Defendants Nichia Corporation and Nichia America Corporation (collectively, "Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

Trey Nicoud of Gibson, Dunn & Crutcher LLP has the authority to accept and by executing this Stipulation does accept service of the complaint and summons in this action for Nichia Corporation. Nichia Corporation retains all rights to challenge the jurisdiction of this court.

Pursuant to Northern District of California Local Rule 6-1(a), Plaintiffs agree that Defendants shall have until and including January 23, 2009 to move, answer, or otherwise respond to the complaint.

DATED: December 1, 2008

GIBSON, DUNN & CRUTCHER LLP
George A. Nicoud III
Austin V. Schwing
Lindsey E. Blenkhorn
By:_____/s/George A. Nicoud III_____
Attorneys for Defendants,
Nichia Corporation; Nichia America Corporation

DATED: December 1, 2008

TOWNSEND AND TOWNSEND AND CREW LLP

By:_____/s/ Eugene Crew_____
Attorney for Plaintiffs
Seoul Semiconductor Company, LTD.; Seoul Semiconductor, Inc.

100562438_1.DOC

12/3/08



IT IS SO ORDERED
Judge Phyllis J. Hamilton

Gibson, Dunn & Crutcher LLP

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO ACCEPT SERVICE OF COMPLAINT ON BEHALF OF NICHIA CORPORATION; CASE No. 3:08-CV-04932-PJH