TOWNSEND AND TOWNSEND AND CREW LLP
EUGENE CREW (SBN 034395)
ecrew@townsend.com
ROGER COOK (SBN 055208)
rlcook@townsend.com
PAUL KIRSCH (SBN 127446)
pkirsch@townsend.com
VERONICA BESMER (SBN 256460)
vbesmer@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Counsel for Plaintiffs
Seoul Semiconductor Company, Ltd. and
Seoul Semiconductor, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR COMPANY, LTD., a South Korean corporation; SEOUL SEMICONDUCTOR, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NICHIA CORPORATION, a Japanese corporation; and NICHIA AMERICA CORPORATION, a Pennsylvania corporation,<br><br>Defendants. | Case No. CV 08-04932 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>The Hon. Phyllis J. Hamilton |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Seoul Semiconductor Company, Ltd. and Seoul Semiconductor, Inc., by and through their counsel of record, voluntarily dismiss the above captioned action with prejudice.

///

///

| | |
|---|---|
| 1  Dated:  January 9, 2009 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | |
| | By: _____ |
| | Eugene Crew |
| | Roger L. Cook |
| | Paul Kirsch |
| | Veronica Besmer |
| | |
| | Counsel for Plaintiffs |
| | Seoul Semiconductor Company, Ltd. and |
| | Seoul Semiconductor, Inc. |

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1/30/09